UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JEFFREY JOEL JUDY,

      Plaintiff,

v.                                                          Case No.  5:12-cv-20-Oc-10TBS

PADDOCK PARK SC, LTD., a Florida Limited
Partnership,

      Defendant.

_____

ORDER

      Pending before the Court is Defendant's Motion for More Definite Statement.

(Doc. 8).  A review of the record reveals that Plaintiff has filed an amended complaint

(Doc. 9), which renders moot the original complaint that was the target of Defendant's

motion.  See Malowney v. Federal Collection Deposit Group, 193 F.3d 1342, 1345 n.1

(11th Cir. 1999) (noting that "[a]n amended complaint supersedes a previously filed

complaint"); see also Meterlogic, Inc. v. Copier Solutions, Inc., 185 F. Supp. 2d 1292,

1297 (S.D. Fla. 2002) (noting that the plaintiff's filing of an amended complaint

"rendered moot the parties previous pleadings and the defendants' summary judgment

and Daubert motions").  Upon due consideration, Defendant's motion (Doc. 8) is

DENIED AS MOOT.

      IT IS SO ORDERED.

      DONE AND ORDERED in Ocala, Florida, on March 20, 2012.

                             THOMAS B. SMITH
                             United States Magistrate Judge

Copies to all Counsel